UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRMA I. DEHUELVES and MOISES M. MOREJON,

    Plaintiffs,

v.

CAPITAL COMMONS SENIOR,

    Defendant.
_____/

Case No. 1:19-cv-688

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant.

Dated: September 27, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge